UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RONALD F. JACOBS,

        **Plaintiff,**

    v.              5:15-CV-607
                    (FJS/ATB)

ABSOLUTE RESOLUTIONS VI, LLC,

        **Defendant.**

---

### ORDER DISMISSING ACTION BY REASON OF SETTLEMENT WITHOUT PREJUDICE

  Counsel having advised the Court that the above entitled action has been settled, or is in the process of reaching a settlement, it is unnecessary for the action to remain active on the Court's calendar. Therefore, the Court hereby

  **ORDERS** that the action is dismissed **WITHOUT PREJUDICE** and that the Court will retain jurisdiction to vacate this Order and reopen the action for good cause shown that the settlement was not consummated and that further litigation is necessary, upon a motion by any party; and the Court further

  **ORDERS** that the parties shall file with the Court a stipulation of discontinuance and/or a settlement agreement, within 60 days from the date of this order.

**IT IS SO ORDERED.**

Date: August 10, 2015
    Syracuse, New York

                    _____
                    Frederick J. Scullin, Jr.
                    Senior United States District Judge